UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 24, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Pamela Sharon Dunn

Case No.: 16-24063

Chapter: 7

Judge: Sherwood

**ORDER ON THE APPLICATION TO HAVE THE
CHAPTER 7 FILING FEE WAIVED**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 24, 2016**

DATE: _____

Honorable John K. Sherwood
United States Bankruptcy Court

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) the court orders that the application is:

❑ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☒ **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay ….. | On or before this date ….. |
|---|---|
| $           80.00 | 09/01/2016           (month/day/year) |
| $           80.00 | 10/01/2016           (month/day/year) |
| $           80.00 | 11/01/2016           (month/day/year) |
| $           95.00 | 12/01/2016           (month/day/year) |

Total: $         335.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

❑ A hearing to consider the debtor's application will be held on _____ at _____ at:

Court address: _____

Courtroom number: _____

If the debtor does not appear at this hearing, the court may deny the application.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*rev. 12/1/15*