UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Pamela S. Dunn

Case No.: 16-24063
Chapter: 7
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on September 27, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
194 Wiley Avenue
Plainfield, NJ  07062

Fair Market Value: $165,000

Liens on property:
Subject to a first mortgage held by Midland Mortgage on which there is due approximately $307,000.

Amount of equity claimed as exempt: None

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Trustee
Address: 40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.: (201) 493-3734

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                    Case No. 16-24063-JKS
Pamela Sharon Dunn                                                        Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 1          Date Rcvd: Aug 29, 2016
                              Form ID: pdf905              Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db            +Pamela Sharon Dunn,    194 Wiley Ave.,    Plainfield, NJ 07062-1343
516300871     +Bay City Investments,    4864 Crestone Needle Way,    Antioch, CA 94531-8343
516300876      MidFirst Bank,    Midland Mortgage,    999 Grandview Ave.,    Oklahoma City, OK
516300872     +Palisades Collections LLC,    Attn: Pressler & Pressler,    7 Entin Rd.,
                Parsippany, NJ 07054-5020
516300877      RT 46 Nissan,    Totowa, NJ
516300879     +South Plainfield Dental,    South Plainfield, NJ 07080
516300873      State of New Jersey,    Hughes Justice Complex,    CN080,    Trenton, NJ 08625
516300875      USA - Attorney General USA,    US Dept of Justice,    950 Pennsylvania Ave., NW,
                Washington, DC 20530-0001
516300878      Verizon Fios,    PO BOX 4846,    Trenton, NJ 08650-4846
516345452      eCAST Settlement Corporation,    PO Box 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 29 2016 23:26:44     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 29 2016 23:26:41     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516318392      E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2016 23:20:29     Orion,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516300874     +E-mail/Text: cio.bncmail@irs.gov Aug 29 2016 23:26:23     United States of America,
                US Attorney for NJ,    970 Broad St.,    Newark, NJ 07102-2527
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Midfirst Bank dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
                gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
                nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
                                                                                              TOTAL: 3
```