Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  16–24063–JKS
                    Chapter:  7
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela Sharon Dunn
   194 Wiley Ave.
   Plainfield, NJ 07062

Social Security No.:
   xxx–xx–6840

Employer's Tax I.D. No.:

### NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:      January 10, 2017      10:00 AM

at: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

The amount of the unpaid filing fee is:

$95.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: December 21, 2016
JJW: pam

                                          James J. Waldron
                                          Clerk